No. 03–5746. VARA v. PLILER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5748. DAVIS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–5749. MUNOZ-MUNOZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–5750. MODROWSKI v. MOTE, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 03–5751. MATUS-LEVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–5753. DUGAN v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 03–5756. TIBBS v. UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied.

No. 03–5757. PERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–5758. MENDOZA-REYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–5761. CAIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–5762. CHANDLER v. CASE WESTERN RESERVE UNIVERSITY. C. A. 6th Cir. Certiorari denied. 

No. 03–5764. DUNN v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–5765. CAMPBELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5768. DINKINS v. PALMER ET AL. Ct. App. Mich. Certiorari denied.

No. 03–5769. DERROW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.